# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. WHALEN, JR., | CASE NO. 06CV2629 JLS (RBB) |
| Plaintiff, | **ORDER GRANTING LEAVE TO FILE COUNTERCLAIM** |
| v. | |
| M/V MILUSKA, OFFICIAL NO. 1041971, her engines, tackle, etc., *in rem*; AND DAVID GEORGE HOPKINS, *in personam*, | Courtroom:    6<br>Honorable Janis L. Sammartino |
| Defendants. | Complaint Filed:  November 29, 2006 |

The Court has considered the Joint Ex Parte Application of the parties that seeks leave of court to allow the Defendant David George Hopkins to file a counterclaim in this case that contains the related claims presently on file in his complaint in Superior Court Case No. GIC 867461.  Good cause appearing,

IT IS ORDERED that Defendant David George Hopkins is granted leave to file a counterclaim pursuant to Fed. R. Civ. P. 13 on or before <u>October 12</u>, <u>2007</u>.

DATED:    <u>October 9, 2007</u>

*Janis L. Sammartino*<br>
Janis L. Sammartino<br>
United States District Judge

06CV2629 JLS (RBB)

ORDER ALLOWING LEAVE TO FILE COUNTERCLAIM